In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-00502-CR


____________________



CHEYTIKA PITRE, Appellant



V.



THE STATE OF TEXAS, Appellee


 




On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 89558 






MEMORANDUM OPINION



 We have before the Court a request from pro se appellant, Cheytika Pitre, to dismiss
her appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant
personally. No opinion has issued in this appeal. The motion is granted, and the appeal is
therefore dismissed.

 APPEAL DISMISSED. 

 ____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered January 14, 2009

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.